UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MELISSA FENDLEY,
an individual,

    Plaintiff,

vs.

CASE NO: 2:23-cv-01663-GMB

EL PATRON MEXICAN RESTAURANT
VII LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

    COME NOW Plaintiff, **Melissa Fendley**, and Defendant, **El Patron Mexican Restaurant VII LLC,** by and through undersigned counsel, and jointly advise the Court an amicable resolution has been reached to settle this matter in its entirety.

    THEREFORE, IT IS HEREBY STIPULATED, by and between the parties in the above-captioned action that this matter be dismissed with prejudice and with costs taxed as paid.

    Respectfully submitted this the 27th day of February, 2024.

_____
Edward I. Zwilling, Esq.
Attorney for Plaintiff
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Dr.
Birmingham, Alabama, 35242
Telephone: (205) 822-2701
edwardzwilling@zwillinglaw.com

_____ (w/ permission)
Carl E. Chamblee, Jr, Esq.
Attorney for Defendant
111 Watterson Parkway
Trussville, AL 35173
(205) 856-9111
cchambleejr@alabamalawyer.org