FILED
2024 Feb-28 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| MELISSA FENDLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:23-cv-1663-GMB |
| | ) |
| EL PATRON MEXICAN RESTAURANT VII, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER OF DISMISSAL**

The parties have filed a joint stipulation of dismissal complying with Federal Rule of Civil Procedure 41. Doc. 7. Accordingly, it is ORDERED all claims in this matter are DISMISSED with prejudice, each party to bear its own costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

DONE and ORDERED on February 28, 2024.



_____
GRAY M. BORDEN
UNITED STATES MAGISTRATE JUDGE